# United States Court of Appeals
## For the First Circuit

No. 09-2087

THOMAS J. BARTELHO

Petitioner

v.

UNITED STATES

Respondent

Before

Torruella, Lipez and Howard,
<u>Circuit Judges</u>.

JUDGMENT

Entered:  September 18, 2009

On August 10, 2009, the petitioner Thomas J. Bartelho filed a motion for authorization to file a successive petition under 28 U.S.C. § 2255.  We deny that request because the petitioner has failed to make a prima facie showing that the new information he presents "if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense."  28 U.S.C. § 2255(h)(1).

<u>Application denied.</u>

By the Court:
<u>/s/ Richard Cushing Donovan, Clerk</u>

cc:  Thomas J. Bartelho
      Margaret D. McGaughey
      Richard W. Murphy
      F. Mark Terison