**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| **UNITED STATES** | ) |
| | ) |
| **v.** | ) **Case No. 2:95-cr-00029-DBH** |
| | ) |
| **THOMAS BARTELHO** | ) |

**GOVERNMENT'S REPLY TO DEFENDANT'S LETTER**

**NOW COMES** the United States, by undersigned counsel, and replies to Defendant

Bartelho's January 10, 2014 letter, as follows:

1. The Defendant was convicted on November 9, 1995 and sentenced on March 1, 1996 and

   ordered to pay restitution of $5,000.00.

2. The Court ordered payment due during the period of incarceration.

3. Currently, the Defendant owes $4,300.00 in restitution.

4. Although the Defendant is included in the Inmate Financial Responsibility Program,

   which pays $25 per month toward his restitution balance, the U.S. Attorney's Office

   recently provided Defendant with notice of intent to offset regarding the Treasury Offset

   Program, which is one of many additional appropriate methods of collection.

5. Defendant appears to challenge his inclusion in the Treasury Offset Program based on

   Federal Rule of Criminal Procedure 32(b), which provides that the Court "must impose

   sentence without unnecessary delay," and the Court may, for good cause, "change any

   times limits" prescribed by the rule." Based on that rule, the Defendant asserts that the

   "JUDGMENT in the instant matter does NOT indicate an ADJUDICATION of GUILT,

   nor has there ever been ORAL PRONOUNCEMENT indicating such at any proceeding,"

   such that, according to Defendant, the "FINALITY of this matter is, therefore, NOT

   ESTABLISHED" (emphasis in original).

6. The Criminal Judgment in this case demonstrates that the Defendant is incorrect.

7. Moreover, the Treasury Offset program is a valid method of collection pursuant to 31 U.S.C. § 3716.

8. Accordingly, no action is called for, but to the extent the Court is inclined to issue a ruling, the Defendant's request should be denied.

Respectfully submitted,

Thomas E. Delahanty II
United States Attorney

*/s/ Evan J. Roth, AUSA*
U.S. Attorney's Office
100 Middle Street
Portland, Maine   04101
(207) 780-3257
Evan.Roth@usdoj.gov

## Certificate of Service

I certify that on January 27, 2014, I caused a copy of the foregoing to be filed on the Court's ECF docketing system and, in addition, a copy sent by U.S. mail, postage prepaid, to the following:

Thomas J. Bartelho, #03371-036
U.S. Penitentiary Atwater
P.O. Box 019001
Atwater, CA   95301

*/s/ Evan J. Roth, AUSA*